IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Scott Lawrence Stefanski | CHAPTER 7 |
|---|---|
| Debtor(s) | CASE NO. 13-10857-ref |

Christiana Trust, A Division of
Wilmington Savings Fund Society, FSB, as
Trustee for Stanwich Mortgage Loan Trust,
Series 2012-13
    Movant
  vs.
Scott Lawrence Stefanski
    Debtor(s)
and
David Alan Eisenberg, Esquire
    Trustee

HEARING DATE: 4/23/2013
TIME: 9:30AM
LOCATION: Court Room # 1

RESPONDENTS

## ORDER MODIFYING AUTOMATIC STAY

AND NOW, this __23__ day of __April__, 20__13__, upon Motion of Movant above and Co-Debtor Stay, it is

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided by 11 U.S.C. §362 is modified with respect to premises:

14201 Fredricksburg Drive 416
Orlando, FL 32837

as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this order shall be effective immediately and shall not be subject to the fourteen day period set forth in Bankruptcy Rule 4001(a)(3).

_____
Bankruptcy Judge

cc:    J. Eric Kishbaugh, Esquire
      UDREN LAW OFFICES, P.C.
      Woodcrest Corporate Center
      111 Woodcrest Road, Suite 200
      Cherry Hill, New Jersey 08003-3620